IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00815-REB-BNB

GAROLD B. KRAFT,

Plaintiff,

v.

JPMORGAN CHASE BANK, N. A.,
WASHINGTON MUTUAL BANK,
BILL WALLACE, and
SUMMIT COUNTY PUBLIC TRUSTEE,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to File Third Amended Complaint Without Opposition** [docket no. 20, filed May 20, 2010] (the "Motion").

      IT IS ORDERED that the Motion is STRICKEN for not following D.C.COLO.LCivR 5.1(G) and 10.1 (E). The proposed Third Amended Complaint must be filed as an attachment to the Motion. The name of the plaintiff in the caption is spelled "Fraft", but spelled as "Kraft" in all else.


DATED: May 21, 2010