IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00815-REB-BNB

GAROLD B. KRAFT,

Plaintiff,

v.

JPMORGAN CHASE BANK, N. A.,
WASHINGTON MUTUAL BANK,
BILL WALLACE, and
SUMMIT COUNTY PUBLIC TRUSTEE,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Amended Motion to File Third Amended Complaint Without Opposition** [docket no. 24, filed May 24, 2010] (the "Motion").

IT IS ORDERED that the Motion is STRICKEN for not following D.C.COLO.LCivR 5.1(G) (certificate of service) and 10.1 (E) (double-spaced).

DATED: May 25, 2010