IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00815-REB-BNB

GAROLD B. KRAFT,

Plaintiff,

v.

JPMORGAN CHASE BANK, N. A.,
WASHINGTON MUTUAL BANK,
BILL WALLACE, and
SUMMIT COUNTY PUBLIC TRUSTEE,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Second Amended Motion to File Third Amended Complaint Without Opposition** [Doc. # 27, filed 5/25/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion [Doc. # 27] is DENIED without prejudice, subject to being refiled as discussed at the hearing this morning.

IT IS FURTHER ORDERED that the parties shall submit, on or before June 4, 2010, confidential settlement statements in anticipation of the scheduling conference set to occur next week.

Dated June 2, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge