IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00815-REB-BNB

GAROLD B. KRAFT,

Plaintiff,

v.

JPMORGAN CHASE BANK, N. A.,
WASHINGTON MUTUAL BANK,
BILL WALLACE, and
SUMMIT COUNTY PUBLIC TRUSTEE,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiff's **Second Amended Motion to File Third Amended Complaint Without Opposition** [Doc. # 34, filed 6/8/2010] (the "Motion to Amend"); and

(2)     **JP Morgan Chase Bank, N.A.'s Unopposed Motion to Establish Deadline to Answer or Otherwise Respond to Plaintiff's Second Amended Complaint or Third Amended Complaint** [Doc. # 36, filed 6/8/2010] (the "Motion for Deadline").

I addressed the motions during the scheduling conference this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend [Doc. # 34] is GRANTED. The Clerk of the Court is directed to accept for filing the Third Amended Complaint, Request for Temporary Restraining Order, Injunctive Relief and Declaratory Relief and Damages [Doc. # 34-2] (the "Third Amended Complaint").

IT IS FURTHER ORDERED that the Motion for Deadline [Doc. # 36] is GRANTED. The defendants shall answer or otherwise respond to the Third Amended Complaint on or before **June 24, 2010**.

Dated June 9, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge