**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00815-REB-BNB

GAROLD B. KRAFT,

    Plaintiff,

v.

BILL WALLACE, SUMMIT COUNTY PUBLIC TRUSTEE,

    Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

    This matter is before me on **Plaintiff's Response to Show Cause Order** [#58] entered December 7, 2010. By order entered November 23, 2010, I granted defendant **JP Morgan Chase Bank, N.A.'s Motion To Dismiss** [#45] filed June 24, 2010. (*See* **Order Granting Motion To Dismiss** [#56] entered November 23, 2010.) Because it appeared that plaintiff's claims against the remaining defendant, Summit County Public Trustee Bill Wallace, were subject to dismissal on the same grounds as those advanced in the motion, I ordered plaintiff to show cause why those claims should not be dismissed as well. (**Order To Show Cause** [#57], filed November 24, 2010.) Plaintiff's response discharges his obligations under my order.

    Moreover, because plaintiff agrees that his claims against Wallace are subject to dismissal for the reasons stated in the order granting JP Morgan Chase's motion to dismiss, those claims will be dismissed as well.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#57] entered November 24, 2010, is **DISCHARGED**;

2. That plaintiff's claims against defendant, Bill Wallace, Summit County Public Trustee, are **DISMISSED**;

3. That judgment **SHALL ENTER** on behalf of defendants, JP Morgan Chase Bank, National Association, successor in interest to Washington Mutual Bank, in accordance with my **Order Granting Motion To Dismiss** [#56] entered November 23, 2010, and Bill Wallace, Summit County Public Trustee, in accordance with this Order, and against plaintiff, Garold B. Kraft, as to all claims for relief and causes of action as follows:

   a. That the judgment **SHALL BE** with prejudice as to plaintiff's claims for rescission under the Truth in Lending Act, the Home Owner Equity Protection Act, and the Colorado Consumer Credit Code; and

   b. That the judgment **SHALL BE** without prejudice as to the remainder of plaintiff's claims;

4. That defendants are **AWARDED** their costs to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

5. That this case is **DISMISSED**.

Dated December 8, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackbum
United States District Judge